# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

|||||
|---|---|---|---|
| 20161220-93 | United States District Court | | |

Stephanie Rodriguez
8520 Las Comadres
Mission, TX US 78574

United States District Court
Southern District of Texas
FILED

DEC 2 9 2016

David J. Bradley, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

---

Date: Tuesday, December 20, 2016
Case Number: 2:15-cr-01122
Document Number: 42 (1 page)
Notice Number: 20161220-93
Notice: The attached order has been entered.

---

U.S. POSTAGE >> PITNEY BOWES
ZIP 77002 $ 000.46
0001374615 DEC 21 2016

United States District Court
Southern District of Texas
FILED

DEC 29 2016

David J. Bradley, Clerk of Court

RETURN TO SENDER

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208